FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 24 2009

Stephan Harris, Clerk Page 2
Cheyenne

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

JERAMIE JOHN E. LARGE )
AND ALL OTHER CONFINED INMATES)
)
    Plaintiff(s), )
)    Case No. _09-CV-291-D_
vs. )
)
ADMINISTRATION, AND STAFF )
MEDICAL STAFF AND PERSONAL )
_____ )
_____, )
)
    Defendant(s). )

### PRISONER CIVIL RIGHTS COMPLAINT
Under 42 U.S.C. § 1983

**1.**   **Plaintiff(s)**

    (a)   Name: _JERAMIE JOHN E. LARGE_

         Aliases: _NONE_

         Prisoner number: _# 98783_

         Place of confinement: _PARK CO, DETENTION CENTER_

         Address: _1402 RIVER VIEW DR. CODY, WY, 82414_

    (b)   Name: _____

         Aliases: _____

         Prisoner number: _____

         Place of confinement: _____

         Address: _____

(If there are more than 2 plaintiffs, list them using this format on a separate sheet of paper.)

Page 3

2.   **Defendant(s)**

(a)   Defendant: RICHARD ATWOOD

Title: LT. ADMINISTRATOR

Place of Employment: PARK CO. DETENTION CENTER

Address: 1402 RIVERVIEW DR CODY WYOMING 82414

How defendant is sued (as an individual, official capacity or both): BOTH

Was defendant acting under color/authority of law?   ☒ Yes     ☐ No


(b)   Defendant: HERK ALBRECHT,

Title: DEPUTY, DNP, FNP, BC

Place of Employment: PARK CO. DETENTION CENTER

Address: 1402 RIVERVIEW DR CODY WYOMING 82414

How defendant is sued (as an individual, official capacity or both): BOTH

Was defendant acting under color/authority of law?   ☒ Yes     ☐ No


(c)   Defendant: _____

Title: _____

Place of Employment: _____

Address: _____

How defendant is sued (as an individual, official capacity or both): _____

Was defendant acting under color/authority of law?   ☐ Yes     ☐ No


(If you have more than 3 defendants, list them using this format on a separate sheet of paper.)

Page 4

## 3.   Statement of Claims

CLAIM ONE:

State here the constitutional right that the defendant(s) violated.

RIGHT AND ACCESS TO LAW LIBRARY, LITITURE

Supporting facts:

Carefully tell what the defendant(s) did to violate the constitutional right you listed above. Name each person involved. Describe how the violation happened. Give the places and dates where each event took place. If your facts are not complete and do not show how the defendant(s) violated your rights, your complaint may be dismissed.

ON JUNE 27, WAS CONFINED, NEEDED ACCESS
TO LEGAL LITITURE FOR ISSUES CONCERNING
MY CASE AND CONCERNS, I WAS NOT
ALLOWED OR GRANTED MY CIVIL LIBERTYS,
AND DENYED DUE PROSESS.

ON _____ _____ _____ _____ AGAIN WAS
MY ACCESS EVEN AFTER JUDGE CRANFERD
COURT ORDER IN 2 HOURS A WEEK.
MOST GRANTED WAS 1.5 THE GUARDED
MAN AROUND WAS ALLOWED, THIS
DETENTION WOULD BE A LAW LIBRARY
ENTITLED GIVING INMATES ACCESS
BUT THIS JAIL DOES NOT HAVE LAW BOOKS TO
DO SO,

CLAIM TWO:

State here the constitutional right that the defendant(s) violated.

DENYED MEDICAL ATTN. ONLY IF YOU HAVE
FUNDS TO PAY, DENTAL NEEDS, AND ALSO
UNLICENCED PRACTIONER.

Supporting facts:

Carefully tell what the defendant(s) did to violate the constitutional right you listed above. Name each person involved. Describe how the violation happened. Give the places and dates where each event took place. If your facts are not complete and do not show how the defendant(s) violated your rights, your complaint may be dismissed.

I HAVE HAD PROBLEMS WITH MY INFECTED
TEETH, THE SAME ACCUEANCE OF INFECTION
RETURNS EVER 4-6 WEEK THEY REFUSE TO
TREAT THE PROBLEM FULLY - HAVING THE TOOTH
PULLED OR REMOVED BECAUSE IM INDIGENT
AND CLASSED AS A POOR PERSON, BUT THE
KEEP CHARGING MY ACCOUNT EVEN TIME
I HAVE A FOLLOW UP. ABSECCED TEETH
A VERY SERIOUS AND THE INFECTION
CAN SPREAD CAUSING MORE PROBLEMS
EAR INFECTION, EYE DAMAGE, EVEN REPORTS
OTURDIMIAL DEATHS,

(If you have additional claims, list them using this format on a separate sheet of paper.)

Page 6

**4.    Exhaustion of Administrative Remedies as to Claim One**

You are required to exhaust (use up) all your administrative remedies before bringing this action in federal court.

(a)    Is there a grievance procedure at your institution?          ☑ Yes  ☐ No

(b)    Have you filed a grievance about the facts in claim one?     ☑ Yes  ☐ No
(If you did not file a grievance, skip to d.)

(c)    If your answer is YES:

1.    Was the grievance:    Informal ☐    Formal ☐    Both ☑

2.    What was the result? *THAT  THEY  DON'T  PROVIDE HEALTH  CARE, OR  LAW  LIBRARY*

3.    Did you appeal?    ☑ Yes    ☐ No

4.    If you did appeal, what was the result? *I  ASK  JUDGE  TO COURT  ORDER  ACCESS,*

(d)    If your answer is NO, explain why you did not file a grievance: _____

_____

**5.    Exhaustion of Administrative Remedies as to Claim Two**

(a)    Is there a grievance procedure at your institution?          ☑ Yes  ☐ No

(b)    Have you filed a grievance about the facts in claim two?     ☑ Yes  ☐ No
(If you did not file a grievance, skip to d.)

(c)    If your answer is YES:

1.    Was the grievance:    Informal ☐    Formal ☐    Both ☑

2.    What was the result? *THAT  IT  WAS  A  CONDITION OF  CONFINEMENT*

3.    Did you appeal?    ☑ Yes    ☐ No

    4.    If you did appeal, what was the result? _NO RESPOND_____

(d)    If your answer is NO, explain why you did not file a grievance: _____

_____

6.    **List all lawsuits you have filed in any state or federal court**

(a)    Defendants: _ADMINISTRATOR LT. RICHARD ATWOOD_

        Name of Court: _UNITED STATES DISTRICT COURT_____

        Result: _DISMISSED- CONDITION OF CONFINEMENT_

        Date of result: _____

(b)    Defendants: _____

        Name of Court: _____

        Result: _____

        Date of result: _____

(If you have filed additional lawsuits, list them using this format on a separate sheet of paper.)

7.    **Relief**

State briefly what you want the Court to do for you.

_I WOULD LIKE THE ADMINISTRATION TO BE INVESTIGATED, BY STATE AND FEDERAL EMPLOYEES I BELIVE THAT COMMENS HAVE IN FACT BEEN CUT, LICENCES AND CERTIFIED EMPLOYES HAVE BEEN DISREGUARDED FOR THERE BUDGET, ON MEDICAL, MEALS, LEGAL ACCESS- MAIL SERVICE, CHARGED FOR LEGAL MAIL- DENYED TO SEE DOCTER W/ A STATE LICENCE AND LEGAL TO RUN A PRACTICE LICENCE, CONCERNS OF MALPRACTICE, PLEASE TAKE UNDER ADVISMENT._

## PRISONER FILING FEE INFORMATION

(1)     The filing fees are:
Motion to Vacate Sentence (28 U.S.C. § 2255) $0.00
Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) $5.00
Civil Rights Complaint $350.00
All Appeals to Tenth Circuit $455.00

(2)     If you are filing a petition for writ of habeas corpus, or are appealing a denial of a petition for writ of habeas corpus or a § 2255 motion, you must pay the entire filing fee unless you are granted leave to proceed without prepayment of fees or security under 28 U.S.C. § 1915(a)(1).

(3)     If you are filing a civil rights complaint or appeal, you are required to pay the entire filing fee, even if you are granted leave to proceed *in forma pauperis*. If you do not have sufficient funds in your trust account to pay the entire fee at this time, you will be required to make an initial partial payment of the filing fee and subsequent monthly payments until you have paid the entire filing fee.

(A)     Your initial partial payment will be 20% of your average monthly balance or the average monthly deposits to your account, whichever is greater. Thereafter, you must pay installments of 20% of the preceding month's income, including all deposits to your account:

(B)     You must continue to make installment payments until the filing fee is fully paid, without regard to whether your action is closed or you are released from confinement.

## PRISONER FILING FEE AUTHORIZATION

I request and authorize my custodian to send to the Clerk of the United States District Court for the District of Wyoming a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent). I further request and authorize my custodian to remit the entire filing fee to the Clerk if I have sufficient funds in my trust account to pay the full fee. If I do not have sufficient funds to pay the full filing fee, I request and authorize the custodian to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with a civil action or appeal, and I understand that the total amount of the filing fee is $350.00 for a civil rights complaint and $455.00 for an appeal to the Tenth Circuit Court of Appeals. I also understand that these fees will be withdrawn from my account **regardless of the outcome of my action or appeal**. This authorization shall apply to any other institution to which I may be transferred.

*10* Dated: *December 1*, 20*09*

*Jimmie Jewel Large*
Signature of Prisoner

-3-

## CERTIFICATE OF PENAL INSTITUTION

I hereby certify that on _____, 20___, the prisoner herein had the following amount in his/her prisoner's trust fund account:

_____

_____
Date

_____
Signature of authorized trust fund officer

_____
Printed or typed name of authorized officer

_____
Title of authorized officer

_____
Name of institution

Page 8

## Certificate of Truthfulness

I certify that the facts in this complaint are true to the best of my knowledge, information and belief.
I understand that if this certification is not correct, I may be sanctioned by the court.

Signed this __16__ day of __DECEMBER__ 20 __09__

_Laramie John E Large_
Signature of plaintiff or plaintiffs

_Laramie John E. Large_
Print name of plaintiff or plaintiffs

## Certification of Mailing

I declare under penalty of perjury that this Complaint was placed in the institutional mailing system
or deposited with prison officials on the __DECEMBER, 16, 09__ (month, day, year).
I attest that first-class postage has been prepaid.

Executed (signed) on _____. (date)

_Laramie John E Large_
Signature of plaintiff or plaintiffs

Receivable Charge
Receipt # B3138

Park County Detention Center
12/13/2009 23:18:54
ST 002 / OPR DCN


LARGE,
 JERAMIE JOHN

 RIMS ID Number : 98783
 Date of Birth  : 02/01/1976
 Location    :   D

---

Indigent Supplies -    Old Bal   :      $32.06
                Charged   :     + $1.48
                Collected :     - $0.00
                New Bal   :       $33.54
    Comment : 6 paper, 1 pencil, 3 envelopes

---

Total Collected :        $0.00


Debt Balance :        $110.61
Commissary Balance :        $0.00

If you are out of the facility at mealtime due to court or appointment you will be provided your meal when you return. Meals for work release inmates will be provided ONLY while they are in the facility.

All food items provided at mealtime are to be either consumed, or disposed of, prior to lights out on the day they were provided. Deputies may dispose of food items found in your possession from the day before.

## MEDICAL SERVICES

No inmate will be denied reasonably necessary medical care based on financial status. There will be a cost of ten-dollars charged against an inmates account for a medical visit. The cost of any medical care provided will be deducted from the inmates account. Medical deductions resulting in a negative balance may be added as restitution to the inmate final offense disposition, or the County in Civil Court may seek restitution.

Inmates being incarcerated that require supervised medical care or prescription medications will be required to complete a release of medical information at the time of their booking, to enable the Detention Facility Medical Authority to contact your physician. This will allow your physician and the Detention Medical Authority to establish a medical care plan for you during your time of incarceration. Failure by the inmate to complete the needed medical release form may cause a disruption in the provision of needed medications and medical care.

Payment for routine dental and eye care appointments must be taken care of before the appointment.

You will be billed by the appropriate medical agencies for out-of-facility doctor appointments, hospital stays, emergency room visits, etc. You will be responsible for all payments related to these services.

If you have an emergency medical need that is **imminently life threatening**, you will be transported to the emergency room by ambulance. You may be fully shackled and be required to remain in the shackles throughout the visit.

If you have a doctor appointment, the appointment and its necessity will first be confirmed. Once confirmed, you will be transported at the proper date and time to the appointment. You will be transported in your Detention Facility uniform, and you will be and remain fully shackled throughout the appointment.

You will only receive a non-prescription medication for a limited period, depending on review by the Detention Facility Medical Authority. If you continue to need the medication after the provision has been stopped, you will need to complete a non-emergency medical request and see the Detention Facility Medical Authority for the authority to continue.

Requests for any facility provided over the counter medications must have a signed request slip turned in at least on hour prior to the scheduled med pass time at which the inmate wants the medication provided. Detention staff has the option of providing a requested over the counter medication earlier than the scheduled med pass time, if time and staffing allow.

If an inmate wants to receive an over the counter medication that is not listed above, the inmate will have to complete a non-emergency medical request to see the Detention Facilities' Medical Authority for permission to have the requested medication brought in.

To eliminate the need of have the following items brought in, the Detention Center has available for purchase, 4 oz. Contact Solution $4.00, Contact Lens Case $2.00, Reading glasses (1.50 power) $8.00, and Denture Adhesive $4.00. The cost of the item requested will be deducted from your financial account. If indigent, you will be allowed to purchase the above items, placing your account in the negative. In the case of reading glasses, if at your release, they are returned in good condition we will take them back and credit you account.

## INMATE ACCOUNT

You may have money deposits made to your inmate account. Currency, cashier checks, and money orders are accepted. Personal checks are not accepted. Cashier checks and money orders must be made out to the Park County Detention Center with your name in the memo area. If a cashiers check or money order arrives with your name on the payee line, you must endorse the check or it will be sent back to the sender.

Money deposits to your account must be made on a visit day or through the mail. The person leaving money for you on a visit day will not require an appointment or be an approved visitor.

If you have a negative account balance, as funds become available on your account, a portion of the funds will be used to satisfy your debt.

If you do not have the expense paid at the time of your release, you will sign a "notification of money owed" before being released. You may have to set up a payment plan at that time. The negative balance will be maintained until satisfied. If you are again booked into the Park County Detention Center and