Monty L. Barnett, #6-2694
Lena K. Moeller, #6-3893
White and Steele, P.C.
950 17th Street, #2100
Denver, CO  80202-2804
303. 296.2828
Wyoming Office:
2120 Carey Avenue, #300
Cheyenne, WY  82001
307.778.4160
ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JERAMIE JOHN E. LARGE, <br> and all other confined inmates <br><br> Plaintiff(s), <br><br> v. <br><br> GEORGE ALBRECHT, DNP, <br> ADMINISTRATION AND STAFF <br> MEDICAL STAFF and PERSONNEL <br><br> Defendants | Case No.  09-CV-291-D |

**MOTION TO DISMISS**

COMES NOW Defendant  George H. Albrecht, DNP, ("Albrecht") by and through his attorneys White and Steele, PC and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves the Court to enter its Order dismissing all claims against George H. Albrecht, DNP, in plaintiff's Complaint.

In support of this motion, Albrecht relies upon the Complaint of Record herein, together with *George H. Albrecht, DNP's Memorandum in Support of Motion to Dismiss* filed herewith.

WHEREFORE, Defendant George H. Albrecht, DNP, prays that the Court grant his *Motion to Dismiss* and for such and further relief as the Court deems appropriate.

Respectfully submitted this 9th day of February, 2010.

                WHITE AND STEELE, P.C.

                s/ Lena K. Moeller, #6-3893
                Lena K. Moeller, #6-3893
                Monty L. Barnett, #6-2694
                Dominion Tower, North Tower
                600 17th Street, Suite 600N
                Denver, CO 80202-5406
                303-296-2828

                Wyoming Office:
                2120 Carey Avenue, #300
                Cheyenne, WY 82001
                307-778-4160

                ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2010, a true and correct copy of the foregoing was served via electronically, facsimile and/or U.S. Mail, postage prepaid, addressed as follows:

Jeramie John E. Large, #98783
Park County Detention Center
1402 Riverview Drive
Cody, WY  82414
(*Via mail*)

John W. Renneisen
Deputy Attorney General
2424 Pioneer Ave., 2nd Floor
Cheyenne, WY  82002

Richard Rideout, Esq.
Law Offices of Richard Rideout, PC
211 West 19th Street, Ste. 100
P.O. Box 389
Cheyenne, WY  82003-0389

        s/Lena Moeller
        For White and Steele