# Exhibit H:

*Affidavit of Richard Atwood*

Bruce A. Salzburg
Attorney General

John W. Renneisen (Wyo. Bar No. 5-1861)
Deputy Attorney General
2424 Pioneer Avenue, 2nd Floor
Cheyenne, Wyoming 82002
(307) 777-5996
(307) 777-8920 Facsimile

Attorneys for Richard Atwood in his Individual Capacity

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JERAMIE JOHN E. LARGE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 09-CV-291-D |
| RICHARD ATWOOD, PARK COUNTY DETENTION CENTER LIEUTENANT ADMINISTRATOR, et al. | ) ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF RICHARD ATWOOD

The Affiant, Richard Atwood, after having been duly cautioned, hereby swears and affirms the following:

1.  I am a person over eighteen (18) years of age.

2. I am not suffering from any disease, defect, or condition that would impair or limit my ability to swear to or affirm the truth of the matters asserted herein, nor has Affiant been determined to be mentally incompetent by a court or other similar tribunal.

3. I am the administrator of the Park County Detention Center. I have held that position since February 2007.

4. On August 20, 2009, during his initial incarceration, Large filed an inmate grievance concerning delay in responding to an earlier request for legal research material. (Doc. 17, Ex. F, Bates Nos. 00008 & 00019).

5. I responded to the grievance the next day by providing Large with his requested legal research. (Doc. 17, Ex. G, Bates Nos. 00020-00065).

6. Large never appealed this response to his grievance, nor did he make any further request for additional specific research assistance.

7. Large's grievance dated November 19, 2009, concerning access to a law library was filed with a sergeant and never appealed to me; this was a failure to exhaust.

8. Large did not properly follow the Park County Detention Center's grievance procedure concerning either his claim of access to courts or medical care.

9. Large never filed a single grievance concerning the care he received for his dental problems.

10. I never interfered with or delayed any dental care prescribed or recommended for Jeramie Large by any health care professional at the Park County Detention Center.

**FURTHER AFFIANT SAYETH NAUGHT.**

**DATED** this ___03___ day of June, 2010.

_____
RICHARD ATWOOD

STATE OF WYOMING   )
                   )SS.
COUNTY OF PARK     )

The foregoing Affidavit of was subscribed and sworn to before me by RICHARD ATWOOD this __3rd__ day of June, 2010.

Witness my hand and official seal.

_____
Notary Public

My Commission Expires: __11-19-12__

KARIN A. ZELLER   NOTARY PUBLIC
COUNTY OF PARK   STATE OF WYOMING
MY COMMISSION EXPIRES NOVEMBER 19, 2012

*Large v. Atwood, et al*, Civil Action No. 09-CV-291-D
Affidavit of Richard Atwood
Page 3