# Exhibit K:

*Albrecht Note*
*Bates No. 130*

Park County Sheriff's Office
**Detention Center Medical**
1402 Riverview Drive
Cody WY 82414
307-527-8769 off
307-527-8758 fax

Wt: 210

2/2/09

Jeremie Large
DOB: [redacted]

MKDA

#5,6
&
3-6
= 2 cracked

S - pt to SIB c/o Abscess. States has teeth on (R) Upper Jaw that are broke and gives her HA's x 3 wks. States he was hit by truck on his Bicycle and ~~feet~~ Broke another ~~tooth~~ at that time. Previous meth abuse.

O. Pt A&O x 3 – NAD – Exam shows no gross swelling. Pt able to vocalize & talk well. States ~~~~ – missing tooth #3 ; #5 - ? Socket Exposed #3 – ½ of #2 missing – cracked – Accessed mild – mos inflammat'n & Can over (Accends #3 –

A – Infection of Socket #3

P. 1/ Clindamycin 300 mg – ÷ Tbs PO TID
2/ 3BU – 800 mg ÷ Tbs PO TID
3/ Salt H₂O ~~Swish~~ / Spit TID
4/ Re-eval if Ø better x 2-3 days

S- Explain to pt how dental $'s work through Public ~~Health~~ store – And so far $ is gone for this fiscal Qtr –

[signature] DNP FNP-BC