Lena K. Moeller, #6-3893
White and Steele, P.C.
950 17th Street, #2100
Denver, CO  80202-2804
303. 296.2828
Wyoming Office:
2120 Carey Avenue, #300
Cheyenne, WY  82001
307.778.4160
ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JERAMIE JOHN E. LARGE, and all other confined inmates | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) Case No.  09-CV-291-D ) |
| ADMINISTRATION AND STAFF MEDICAL STAFF and PERSONNEL | ) ) ) |
| Defendants | ) |

**DEFENDANT ALBRECHT'S MOTION TO STAY PROCEEDINGS**

COMES NOW Defendant George H. Albrecht, DNP, ("Albrecht") by and through his attorneys, White and Steele, P.C., and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves the Court to stay proceedings pending the Court's Order regarding Defendant Albrecht's Motion to Dismiss.

1. This case involves Park County Detention Center ("PCDC") inmate Jeramie John E. Large, appearing *pro se*. Plaintiff filed his Complaint on December 24, 2009, against various PCDC personnel and Dr. Albrecht for "denying medical attention." *Complaint*, p. 5, claim 2.

2. Defendant Albrecht, DNP, provides medical care to the inmates at PCDC pursuant to a contract with the PCDC.

  3. Defendant Albrecht provided medical care to the plaintiff, Jeramie Large.

  4. Defendant Albrecht assumes Plaintiff is critical of care and treatment provided, and brings forth a medical malpractice claim.

  5. On February 9, 2010, Defendant Albrecht timely filed a Motion to Dismiss Plaintiff's claims on the basis that Plaintiff had failed to comply with W.S. § 9-2-1807, requiring that a "claimant shall submit a case for the consideration of the (Medical Review) panel prior to filing a complaint in any court in this state by addressing a claim, in writing, signed by the claimant or his attorney, to the director of the panel."

  6. The Court has yet to issue an order regarding the Motion to Dismiss, and thus it is reasonable to stay further proceedings on this matter until the Court has had the opportunity to review and issue an order on this pending motion.

  7. Additionally, it is unnecessary to expend further energy and costs on this matter should Plaintiff's Complaint ultimately be dismissed by the Court.

  8. Based on the foregoing, Defendant Albrecht respectfully requests the Court stay any further proceedings in this matter pending the Court's order on Defendant Albrecht's Motion to Dismiss all claims in Plaintiff's Complaint.

  Respectfully submitted this 14th day of June, 2010.

            WHITE AND STEELE, P.C.

            s/ Lena K. Moeller, #6-3893
            Lena K. Moeller, #6-3893
            Dominion Tower, North Tower
            600 17th Street, Suite 600N
            Denver, CO 80202-5406
            303-296-2828

Wyoming Office:
2120 Carey Avenue, #300
Cheyenne, WY 82001
307-778-4160

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of June, 2010, a true and correct copy of the foregoing was electronically filed and served addressed as follows:


                                                        s/Lena K. Moeller, Esq.