Lena K. Moeller, #6-3893
White and Steele, P.C.
600 17th Street, Suite 600N
Denver, CO  80202-5406
303. 296.2828
Wyoming Office:
221 East 21st Street
Cheyenne, WY  82001
307.778.4160
ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JERAMIE JOHN E. LARGE, ) | |
| and all other confined inmates ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No.  09-CV-291-D |
| ) | |
| ADMINISTRATION AND STAFF ) | |
| MEDICAL STAFF and PERSONNEL ) | |
| ) | |
| Defendants ) | |

**SUGGESTION OF DEATH**

COMES NOW the Defendant, George H. Albrect, DNP, by and through his attorneys, White & Steele, P.C., and serves this Suggestion of Death upon the record advising that the Defendant, George H. Albrecht, is now deceased.

Respectfully submitted this 21st day of July, 2010.

WHITE AND STEELE, P.C.

s/  Lena K. Moeller, #6-3893
Lena K. Moeller, #6-3893
Dominion Tower, North Tower
600 17th Street, Suite 600N
Denver, CO 80202-5406
303-296-2828

Wyoming Office:
221 E. 21st Street
Cheyenne, WY 82001

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed with the Clerk of Court on July 21 2010, using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John W. Renneisen
Deputy Attorney General
2424 Pioneer Ave., 2nd Floor
Cheyenne, WY  82002

Richard Rideout, Esq.
Law Offices of Richard Rideout, PC
211 West 19th Street, Ste. 100
P.O. Box 389
Cheyenne, WY  82003-0389

and sent via U.S. Mail, postage prepaid to the following:

Jeramie John E. Large, #98783
Park County Detention Center
1402 Riverview Drive
Cody, WY  82414

                                              s/Lena K. Moeller, Esq.